IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANTHONY CHALK,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondant.

Case No. 3:18-cv-00845-MK
**ORDER**

AIKEN, District Judge:

Magistrate Judge Jolie Russo filed her Findings and Recommendation ("F&R") (doc. 4) recommending that the Petition for Writ of Habeas Corpus should be dismissed (doc. 1). The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

I note that petitioner has submitted what he styles as a Motion to Amend (doc. 6). Petitioner dated this filing June 15, 2018, and it was filed on June 22, 2018, only one day outside

PAGE 1 – ORDER

of the deadline for objections to the F&R. I construe the motion as a timely objection to the F&R's holding. However, based on a review of the F&R and the documents in the case, I find no error in Judge Russo's F&R. None of the new documents submitted petitioner undermines Judge Russo's analysis or conclusions.

Thus, I adopt Magistrate Judge Russo's F&R (doc. 4) in its entirety. Accordingly, the Petition is ordered DISMISSED, and a Certificate of Appealability is denied on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated this 25th day of September, 2018.

_____
Ann Aiken
United States District Judge